IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM MARTIN ARDENE DECORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22CV260 |
| ) | |
| D. ANDERSON, et al., ) | |
| ) | |
| Defendant(s). ) | |

### ORDER

On April 12, 2022, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is transferred to the United States District Court for the Eastern District of North Carolina.

                                              /s/   Thomas D. Schroeder
                                           United States District Judge

May 9, 2022